United States District Court
Southern District of Texas
**ENTERED**
January 31, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASON MORGAN, | § § | |
| Plaintiff, | § § | Civil Action No.: 4:18-cv-01551 |
| v. | § § | |
| CHERRY STREET APARTMENTS, LTD., and KWA CONSTRUCTION, L.P., | § § § § | |
| Defendants. | § § | |

## ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE

Came on to be heard the parties' Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court having considered same is of the opinion that the same be granted and hereby ORDERS that this action be, and hereby is, dismissed with prejudice with each party to bear its own costs and attorneys' fees.

SIGNED _January 31_, 2019.

_____
UNITED STATES DISTRICT JUDGE